**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 406 EAL 2021

          Respondent

                                    :  Petition for Allowance of Appeal
                                    :  from the Order of the Superior Court

          v.                      :

DWAYNE HILL,                   :

          Petitioner          :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 1st day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.